**KAW NATION, Appellant,**

v.

**Gale A. NORTON, Secretary of Interior, Appellee,**

and

**Kaw Nation of Oklahoma, ex rel. Guy Munroe, Wanda Stone, Guyetta Monroe-Martin and the Kaw Nation General Council, Intervenors.**

880

Gale A. Norton, Secretary of the Interior, Appellant,

v.

Kaw Nation of Oklahoma, ex rel. Guy Munroe, Wanda Stone, Guyetta Monroe–Martin and the Kaw Nation General Council, Appellees.

Nos. 04–1029, 04–1077.

United States Court of Appeals, Federal Circuit.

DECIDED: Aug. 31, 2004.

Lindsay R. Naas, Chandler, AZ, Charles A. Hobbs, Jerry C. Straus, Hobbs, Straus, Washington, DC, for Intervenors.

Kyle E. Chadwick, David M. Cohen, Department of Justice, Washington, DC, Michael Minnis, for Appellants.

ON MOTION

*ORDER*

Upon consideration of the Secretary of Interior's unopposed motion to voluntarily dismiss her appeal,

IT IS ORDERED THAT:

(1) The motion is granted. Appeal 04–1077 is dismissed.

(2) All sides shall bear their own costs in 04–1077.

(3) The revised official caption for 04–1029 is reflected on the first page of this order, above the dotted line.